UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

JOHN GARLAND, VINCENT A. BOTTALICO, TIMOTHY A. HEATON, JOSEPH BEVILACQUA, JOSEPH CICERO, JOSEPH COLUMBIA, ANDREW COSTELLO, JAMES DANIEL DALY III, VINCENT DEFONTE, KENNETH DEFOREST, SALVATORE DEPAOLA, BRIAN DOYLE, NATHAN EVANS, CHRISTOPHER FILOCAMO, KEVIN GARVEY, CHARLES GUARNEIRI, DANIEL J. OSHEA, MARGOT LOTH, MICHAEL LYNCH, DENNIS O'KEEFFE, BRIAN PATRICK SMITH, KURT PFLUMM, CHRISTOPHER RAIMONDI, PAUL SCHWEIT, JOSEPH T. JOHNSON, DAVID BUTTON, PAUL PARR, MARK SINCLAIR, DANIEL BAUDILLE, JOHN DREHER, THOMAS OLSEN, GIUSEPPE ROBERT PENORO, MATTHEW CONNOR, NICHOLAS MULLIGAN, RANDALL SANTANA, ANTHONY PERRONE, SCOTT ETTINGER, ANTHONY MASTROPIETRO, RASHAAD TAYLOR, ANTHONY RUGGIERO, JOSEPH MURDOCCA, KEITH KLEIN, PAUL VASQUENZ, MARK HENESY, RYAN K. HALL, JUDE PIERRE, MICHELLE SANTIAGO, ROBERT DITRANI, BRIAN T. DENZLER, MICHAEL MCGOFF, OWEN FAY, JOSEPH M. PALMIERI, STEPHEN INGUAGIATO, GEORGE J. MURPHY, JOSEPH DEPAOLA, STEPHEN BUTTAFUCCO, MICHAEL SAMOLIS, AINSLEY ATWELL, JOHN COSTELLO, MATTHEW SINCLAIR, GLENN CLAPP, MATT KOVAL, JOHN ARMORE, ROSARIO CURTO, DANIEL STROH, DANIEL YOUNG, FELICIA J. TSANG, KEVIN ERKMAN, JOHN TWOMLEY, CRAIG LEAHY, TIM RIVICCI, MICHAEL FADDA, ANTHONY C. CARDAZONE, DAVID SUMMERFIELD, BRENDAN MCGEOUGH, BRANDON PHILLIPS, CHRISTOPHER INFANTE, BERNADETTE MEJIA, JARED DYCHKOWSKI, THOMAS FEJES, JASON CHARLES, WILLIAM JOHN SAEZ, PHILLIP J. DARCEY, RODNEY COLON, SEAN FITZGERALD, ROBERT YULI, on behalf

INDEX NO. 21-cv-6586

NOTICE OF APPEAL

of themselves and all other similarly situated
employees of the New York City Fire Department,

Plaintiffs,

-against-

NEW YORK CITY FIRE DEPARTMENT,
DANIEL A. NIGRO, in his official and individual
capacities, CITY OF NEW YORK, UNIFORMED
FIRE OFFICERS ASSOCIATION, LOCAL 854
INTERNATIONAL ASSOCIATION OF
FIREFIGHTERS, AFFILIATED WITH THE AFL-
CIO, UNIFORMED FIREFIGHTERS
ASSOCIATION OF GREATER NEW YORK,
DISTRICT COUNCIL 37, AFSCME AFL-CIO,
HENRY GARRIDO, in his official and individual
capacities, DISTRICT COUNCIL 37, AFSCME
AFL-CIO, LOCAL 2507, DISTRICT COUNCIL 37,
AFSCME AFL-CIO, LOCAL 3621, JOHN DOE #1-
10, in their official and individual capacities; and
JANE DOE #1-10 in their official and individual
capacities,

Defendants.



‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑X

**PLEASE TAKE NOTICE** that all of the Plaintiffs hereby appeal to the United States
Court of Appeals for the Second Circuit from the *Judgment* entered in this action on March 31,
2023, following the *Memorandum & Order* of the Honorable Kiyo A. Matsumoto, dated March
29, 2023 and entered March 29, 2023, granting the Defendants' Motions to Dismiss in their entirety
pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and from each and every part
of said judgment.

**PLEASE TAKE FURTHER NOTICE** that all of the Plaintiffs hereby appeal to the
United States Court of Appeals for the Second Circuit from the *Memorandum And Order* of the
Honorable Kiyo A. Matsumoto, dated December 6, 2021 and entered December 6, 2021, denying
the Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction and from
each and every part of said Memorandum and Order.

Dated:      Garden City, New York
April 20, 2023

THE SCHER LAW FIRM, LLP

By:    *Austin Graff*
AUSTIN GRAFF
*Attorneys for the Plaintiffs*
600 Old Country Road, Suite 440
Garden City, New York 11530
(516) 746-5040

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21–cv–06586–KAM–CLP

Garland et al v. New York City Fire Department et al
Assigned to: Judge Kiyo A. Matsumoto
Referred to: Chief Magistrate Cheryl L. Pollak
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/24/2021
Date Terminated: 03/31/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Garland**                                    represented by   **Jonathan L. Scher**
                                                                     The Scher Law Firm, LLP
                                                                     One Old Country Road
                                                                     Suite 385
                                                                     Carle Place, NY 11514
                                                                     516–746–5040
                                                                     Fax: 516–747–9100
                                                                     Email: jscher@scherlawfirm.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Austin R. Graff**
                                                                     The Scher Law Firm, LLP
                                                                     One Old Country Road
                                                                     Suite 385
                                                                     Carle Place, NY 11514
                                                                     516–746–5040
                                                                     Fax: 516–747–9100
                                                                     Email: agraff@scherlawfirm.com
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent A Bottalico**                             represented by   **Jonathan L. Scher**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Austin R. Graff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy A Heaton**                                represented by   **Jonathan L. Scher**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Austin R. Graff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Bevilacqua**                               represented by   **Jonathan L. Scher**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Austin R. Graff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cicero**                                   represented by

Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Columbia**                    represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Costello**                    represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Daniel Daly III**              represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Defonte**                    represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth DeForest**                   represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore DePaola**                  represented by    Jonathan L. Scher
(See above for address)
*ATTORNEY TO BE NOTICED*

Austin R. Graff
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian F. Doyle**                              represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Evans**                                represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Filocamo**                        represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Garvey**                                represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Guarneiri**                           represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel J Oshea**                              represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margot Loth**                                 represented by  **Jonathan L. Scher**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Austin R. Graff**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lynch**                    represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis O'Keeffe**                  represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Patrick Smith**              represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kurt Pflumm**                      represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Raimondi**             represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Schweit**                     represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph T Johnson**                 represented by   **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Button                                    represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Parr                                       represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Sinclair                                   represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Baudille                                 represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Dreher                                     represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas Olsen                                    represented by    **Jonathan L. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Giuseppe Robert Penoro                          represented by

|  | | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Matthew Connor | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Nicholas Mullgan | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Randall Santana | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Anthony Perrone | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Scott Ettinger | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| Anthony Mastropietro | represented by | **Jonathan L. Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  | | **Austin R. Graff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Rashaad Taylor**                    represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Ruggiero**                  represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Murdocca**                   represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Klein**                       represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Vasquenz**                     represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Henesy**                       represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan K Hall**                       represented by  **Jonathan L. Scher**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Austin R. Graff**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jude Pierre**                        represented by  **Jonathan L. Scher**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Santiago**                  represented by  **Jonathan L. Scher**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert DiTrani**                     represented by  **Jonathan L. Scher**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian T Denzler**                    represented by  **Jonathan L. Scher**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McGoff**                     represented by  **Jonathan L. Scher**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Infante**                represented by  **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George J Murphy**                    represented by  **Austin R. Graff**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Fejes**                       represented by

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Costello**                    represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Phillips**                 represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Depaola**                   represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Mcgeough**                 represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Charles**                    represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony C Cardazone**              represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Owen Fay**                         represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fadda**                    represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph M Palmieri**                represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jared Dychkowski**                 represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Twomley**                     represented by   **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Koval**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn Clapp**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Yuli**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Sinclair**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tim Rivicci**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Armore**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Samolis**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia J Tsang**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William John Saez**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosario Curto**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Summerfield**

represented by **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Erkman**

represented by

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernadette Mejia**                    represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Young**                        represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Fitzgerald**                     represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Leahy**                         represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Stroh**                        represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Inguagiato**                  represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Buttafucco**                  represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip J Darcey**                    represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ainsley Atwell**                      represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Colon**                        represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York City Fire Department**       represented by

**Andrea Mary O'Connor**
New York City Law Department
100 Church Street
Room 2–104
New York, NY 10007
212–356–4015
Fax: 212–356–1148
Email: aoconnor@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel A Nigro**      represented by    **Andrea Mary O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe #1–10**

**Defendant**

**Jane Doe #1–10**

**Defendant**

**City of New York**      represented by    **Andrea Mary O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniformed Fire Officers Association,**    represented by    **Seth H. Greenberg**
**Local 854 International Association of**            Greenberg Burzichelli Greenberg P.C.
**Firefighters, Affiliated with the**                   3000 Marcus Avenue
**AFL–CIO**                                      Suite 1W7
*TERMINATED: 03/16/2022*             Lake Success, NY 11042
516–570–4343
Fax: 516–570–4348
Email: sgreenberg@gbglawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniformed Firefighters Association of**    represented by    **Jennifer A. Bentley**
**Greater New York**                         Certilman Balin Adler & Hyman
*TERMINATED: 03/16/2022*             90 Merrick Avenue
9th Floor
East Meadow, NY 11554
516–296–7178
Fax: 516–296–7111
Email: jbentley@certilmanbalin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Feldman**
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
Floor 9
Ste Floor 9
East Meadow, NY 11554
516–296–7000
Email: jfeldman@certilmanbalin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul S. Linzer**
Certilman, Balin, Adler & Hyman, LLP
90 Merrick Avenue, 9th Fl
East Meadow, NY 11554
516–296–7000
Fax: 516-296–7111
Email: plinzer@certilmanbalin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME
AFL−CIO**                                    represented by  **Hanan B. Kolko**
Cohen Weiss and Simon LLP
900 Third Avenue
Ste 2100
New York, NY 10022
212–563–4100
Fax: 212–563–6527
Email: HKolko@cwsny.com
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
Meyer, Suozzi English, Klein
1350 Broadway
Suite 501
New York, NY 10018
212–239–4999
Fax: 212–239–1311
Email: mwoods@cwsny.com
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
Cohen, Weiss and Simon LLP
900 Third Avenue
Suite 2100
New York, NY 10022
212–356–0216
Fax: 646–473–8216
Email: pdechiara@cwsny.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Garrido**                            represented by  **Hanan B. Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME
AFL−CIO, Local 2507**                        represented by  **Hanan B. Kolko**
*TERMINATED: 03/16/2022*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

Peter D. DeChiara
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME**    represented by  **Hanan B. Kolko**
**AFL−CIO, Local 3621**        (See above for address)
*TERMINATED: 03/16/2022*       *ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC−15062032 Was the Disclosure Statement on Civil Cover Sheet completed −Yes,, filed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Daniel J Oshea, Vincent A Bottalico, John Garland, Margot Loth, John Dreher, Charles Guarneiri, Mark Henesy, Paul Parr, Joseph T Johnson, Mark Sinclair, Anthony Ruggiero, Dennis O'Keeffe, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Robert DiTrani, Kurt Pflumm, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Daniel Baudille, Joseph Columbia, Michael McGoff, Rashaad Taylor, Anthony Perrone, Timothy A Heaton, Vincent Defonte, Brian Doyle, Joseph Murdocca, Michelle Santiago, Kevin Garvey, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Nicholas Mullgan, Scott Ettinger, Ryan K Hall, Paul Vasquenz, Michael Lynch, Joseph Cicero. (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 2 | Proposed Summons. Re 1 Complaint,,,, by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 3 | Proposed Summons. Re 1 Complaint,,,, by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 4 | Civil Cover Sheet.. by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian |

| | | |
|---|---|---|
| | | T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 5 | MOTION for Preliminary Injunction by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz. (Attachments: # 1 Affidavit Emergency Affirmation of Austin Graff, # 2 Affidavit Affidavit of John Garland, # 3 Affidavit Affidavit of Margot Loth, # 4 Affidavit Affidavit of David Button, # 5 Affidavit Affidavit of Christopher Raimondi, # 6 Exhibit A – Complaint, # 7 Exhibit B – Notice to FDNY, # 8 Memorandum in Support Memorandum of Law) (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | | Case Assigned to Judge Kiyo A. Matsumoto and Chief Magistrate Cheryl L. Pollak. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 11/24/2021) |
| 11/24/2021 | 6 | Summons Issued as to New York City Fire Department, Daniel A Nigro. (Attachments: # 1 Daniel summons) (Bowens, Priscilla) (Entered: 11/24/2021) |
| 11/24/2021 | 7 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 11/24/2021) |
| 11/24/2021 | 8 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 11/24/2021) |
| 11/24/2021 | 9 | ORDER TO SHOW CAUSE. As described in the attached Order to Show Cause, personal service on all named Defendants shall be made on or before **9:00 AM, Friday, November 26, 2021**; Defendants shall respond to the Order to Show Cause via ECF by **Monday, November 29, 2021, at 5:00 PM**; Plaintiffs shall file any reply via ECF by **Tuesday, November 30, 2021 at 9:00 AM**; and counsel for the above named Plaintiffs and Defendants shall appear for a hearing before this Court, with their clients if they choose to present testimony, at Courtroom 6C South, 225 Cadman Plaza East, Brooklyn, New York, on **Tuesday, November 30, 2021, at 3:00 PM**. All parties are required to send two bound courtesy copies of all papers relating to Plaintiffs' motion for preliminary injunction/temporary restraining order to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers, and parties are directed to review the attached Order for the time/date by which their courtesy copies should be sent. Ordered by Judge Kiyo A. Matsumoto on 11/24/2021. (Ahn, Lois) (Entered: 11/24/2021) |

| | | |
|---|---|---|
| 11/29/2021 | 10 | NOTICE of Appearance by Andrea Mary O'Connor on behalf of New York City Fire Department, Daniel A Nigro (aty to be noticed) (O'Connor, Andrea) (Entered: 11/29/2021) |
| 11/29/2021 | 11 | Letter *regarding witness testimony at November 30, 2021 hearing* by New York City Fire Department, Daniel A Nigro (O'Connor, Andrea) (Entered: 11/29/2021) |
| 11/29/2021 | 12 | AFFIDAVIT of Service for Summons, Complaint, Order to Show Cause, Proposed Order and Motion papers supporting Motion served on FDNY and Nigro on November 24, 2021, filed by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz. (Attachments: # 1 Exhibit A – NYC Law Department's website, # 2 Exhibit B – 7:27 pm email, # 3 Exhibit C – Email bounceback, # 4 Exhibit D – 7:32 pm email, # 5 Exhibit E – 7:32 pm email, # 6 Exhibit F – Proof of service, # 7 Exhibit G – 7:34 pm email, # 8 Exhibit H – 7:34 email, # 9 Exhibit I – Proof of service) (Graff, Austin) (Entered: 11/29/2021) |
| 11/29/2021 | 13 | Letter *Letter to Hon. Judge Matsumoto* by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 11/29/2021) |
| 11/29/2021 | 14 | MEMORANDUM in Opposition re 5 MOTION for Preliminary Injunction filed by New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 11/29/2021) |
| 11/29/2021 | 15 | AFFIDAVIT/DECLARATION in Opposition re 5 MOTION for Preliminary Injunction filed by New York City Fire Department, Daniel A Nigro. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (O'Connor, Andrea) (Entered: 11/29/2021) |
| 11/29/2021 | 16 | Letter *Requesting Zoom Link for the 11−30−21, 3:00pm, Proceeding* by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 11/29/2021) |
| 11/30/2021 | 17 | REPLY in Support re 5 MOTION for Preliminary Injunction , 14 Memorandum in Opposition, 15 Affidavit in Opposition to Motion, filed by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, |

|  |  | Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz. (Attachments: # 1 Exhibit 1 – October 20, 2021 Buckshot, # 2 Memorandum in Support Reply Memorandum of Law) (Graff, Austin) (Entered: 11/30/2021) |
|---|---|---|
| 11/30/2021 | 18 | NOTICE of Appearance by Jonathan L. Scher on behalf of All Plaintiffs. (notification declined or already on case) (Graff, Austin) *Modified. (Latka–Mucha, Wieslawa)* (Entered: 11/30/2021) |
| 11/30/2021 | 19 | CORRECTED NOTICE of Appearance by Jonathan L. Scher on behalf of All Plaintiffs. (aty to be noticed) (Scher, Jonathan) (Entered: 11/30/2021) |
| 11/30/2021 | 20 | AFFIDAVIT/DECLARATION in Opposition re 5 MOTION for Preliminary Injunction filed by New York City Fire Department, Daniel A Nigro. (Attachments: # 1 Exhibit K, # 2 Exhibit L) (O'Connor, Andrea) (Entered: 11/30/2021) |
| 11/30/2021 |  | ORDER. Any parties or participants in this case may join the Order to Show Cause hearing scheduled for 3:00 p.m. today via telephone by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 11/30/2021. (Ahn, Lois) (Entered: 11/30/2021) |
| 11/30/2021 | 21 | Letter *Regarding Corrected Exhibit C* by New York City Fire Department, Daniel A Nigro (Attachments: # 1 Exhibit Corrected Exhibit C) (O'Connor, Andrea) (Entered: 11/30/2021) |
| 11/30/2021 |  | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto Show Cause Hearing held on 11/30/2021. Jonathan Scher, Esq. appeared for Plaintiffs; Andrea O'Connor appeared for Defendants. The parties declined to present witness testimony. The Court, as discussed on the record, granted leave for Plaintiffs to submit an additional letter to the Court containing case sites and argument by **Wednesday, December 1, 2021, at 3:00 p.m.** Defendants shall file any response by **Thursday, December 2, 2021, at 5:00 p.m.** (Court Reporter Victoria Butler.) (Ahn, Lois) (Entered: 11/30/2021) |
| 12/01/2021 | 22 | MEMORANDUM in Support *Sur–Reply Memorandum of Law* filed by All Plaintiffs. (Scher, Jonathan) (Entered: 12/01/2021) |
| 12/02/2021 | 23 | Letter *in Response to Plaintiffs' Sur–reply as to standing* by New York City Fire Department, Daniel A Nigro (O'Connor, Andrea) (Entered: 12/02/2021) |
| 12/06/2021 | 24 | ORDER denying 5 Motion for Preliminary Injunction. For the reasons stated in the accompanying Memorandum and Order, Plaintiffs' motion for temporary restraining order/preliminary injunction is DENIED. Plaintiffs are ORDERED TO SHOW CAUSE by **December 13, 2021**, why the claims of those Plaintiffs who have been restored to pay status should not be dismissed as moot. Ordered by Judge Kiyo A. Matsumoto on 12/6/2021. (Ahn, Lois) (Entered: 12/06/2021) |
| 12/10/2021 | 25 | Letter *response to the Court's Order to Show Cause why the claims of those Plaintiffs who have been restored to pay status should not be dismissed as moot* by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz (Graff, Austin) (Entered: 12/10/2021) |

| | | |
|---|---|---|
| 12/13/2021 | 26 | MOTION for Extension of Time to Amend 1 Complaint,,,, *as consented to by the Defendants* by Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, David Button, Joseph Cicero, Joseph Columbia, Matthew Connor, Andrew Costello, James Daniel Daly III, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Robert DiTrani, Brian Doyle, John Dreher, Scott Ettinger, Nathan Evans, Christopher Filocamo, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Joseph T Johnson, Keith Klein, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Nicholas Mullgan, Joseph Murdocca, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Jude Pierre, Christopher Raimondi, Anthony Ruggiero, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Brian Patrick Smith, Rashaad Taylor, Paul Vasquenz. (Graff, Austin) (Entered: 12/13/2021) |
| 12/14/2021 | | ORDER granting 26 Motion for Extension of Time to Amend 1 Complaint. Plaintiffs shall file their amended complaint by **January 10, 2022**. Defendants shall answer, move, or otherwise respond to the amended complaint by **January 31, 2022**. Ordered by Judge Kiyo A. Matsumoto on 12/14/2021. (Ahn, Lois) (Entered: 12/14/2021) |
| 01/05/2022 | 27 | AMENDED COMPLAINT against All Defendants, filed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneiri, Mark Henesy, Paul Parr, Dennis O'Keeffe, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Robert DiTrani, Daniel Baudille, Michael McGoff, Rashaad Taylor, Brian F. Doyle, Joseph Murdocca, Kevin Garvey, Ryan K Hall, Michael Lynch, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, Anthony Ruggiero, Christopher Filocamo, Brian T Denzler, Paul Schweit, Keith Klein, Kurt Pflumm, Jude Pierre, Nathan Evans, Christopher Raimondi, Joseph Columbia, Timothy A Heaton, Anthony Perrone, Vincent Defonte, Michelle Santiago, Anthony Mastropietro, James Daniel Daly III, Joseph Bevilacqua, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero, Christopher Infante, George J Murphy, Thomas Fejes, John Costello, Brandon Phillips, Joseph Depaola, Brendan Mcgeough, Jason Charles, Anthony C Cardazone, Owen Fay, Michael Fadda, Joseph M Palmieri, Jared Dychkowski, John Twomley, Matt Koval, Glenn Clapp, Robert Yuli, Matthew Sinclair, Tim Rivicci, John Armore, Michael Samolis, Felicia J Tsang, William John Saez, Rosario Curto, David Summerfield, Kevin Erkman, Bernadette Mejia, Daniel Young, Sean Fitzgerald, Craig Leahy, Daniel Stroh, Stephen Inguagiato, Stephen Buttafucco, Phillip J Darcey, Ainsley Atwell, Rodney Colon. (Attachments: # 1 Exhibit A – Vaccine Mandate Order, # 2 Exhibit B – DC37 Agreement with NYC) (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 28 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 29 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, |

| | | |
|---|---|---|
| | | Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 30 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 31 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 32 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith |

| | | Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | 33 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/05/2022 | 34 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/05/2022) |
| 01/12/2022 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must me a rider attached to the summons with the name and addresses of all defendants included.**,<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Herrera, Isaiah) (Entered: 01/12/2022) |
| 01/12/2022 | 35 | Proposed Summons. Re 27 Amended Complaint,,,,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, |

| | | |
|---|---|---|
| | | John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 01/12/2022) |
| 01/18/2022 | 36 | **Supplemental Summons Issued** as to City of New York, District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido, Uniformed Fire Officer Association, Local 854 International Association of Firefighters, Affiliated with the AFL–CIO, Uniformed Firefighters Association of Greater New York. (Latka–Mucha, Wieslawa) (Entered: 01/18/2022) |
| 01/31/2022 | 37 | Letter MOTION for pre motion conference re 27 Amended Complaint,,,,,, by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 01/31/2022) |
| 02/01/2022 | | ORDER granting 37 Motion for Pre Motion Conference by Defendants City of New York, New York City Fire Department, and Daniel A Nigro. The Court will reserve scheduling a date for a pre–motion conference until the following actions are taken: (1) Plaintiffs are ordered to serve all other, newly–named Defendants with a copy of this Order by today, February 1, 2022, 5:00 pm, close of business, and note service on the docket; (2) all other, newly–named Defendants are requested to file appearances on the record immediately after receiving a copy of this Order; and, (3) all other, newly–named Defendants shall file a response to Defendants City of New York, New York City Fire Department, and Daniel Nigro's 37 letter requesting a pre–motion conference by **February 11, 2022**. Plaintiffs shall then file a single, consolidated response to all Defendants' letters regarding a pre–motion conference by **February 18, 2022**. Ordered by Judge Kiyo A. Matsumoto on 2/1/2022. (Ahn, Lois) (Entered: 02/01/2022) |
| 02/01/2022 | 38 | NOTICE of Appearance by Joshua Feldman on behalf of Uniformed Firefighters Association of Greater New York (aty to be noticed) (Feldman, Joshua) (Entered: 02/01/2022) |
| 02/01/2022 | 39 | NOTICE of Appearance by Paul S. Linzer on behalf of Uniformed Firefighters Association of Greater New York (aty to be noticed) (Linzer, Paul) (Entered: 02/01/2022) |
| 02/01/2022 | 40 | NOTICE of Appearance by Jennifer A. Bentley on behalf of Uniformed Firefighters Association of Greater New York (aty to be noticed) (Bentley, Jennifer) (Entered: 02/01/2022) |
| 02/01/2022 | 41 | AFFIDAVIT of Service for 2–1–22 Order from Hon. Judge Matsumoto served on District Council 37; Henry Garrido; District Council 37, Local 2507; Uniformed Firefighters Association of Greater New York; Uniformed Fire Officers Association, Local 854, International Association of Firefighters, Affiliated with the AFL–CIO; City of New York, New York City Law Department; District Council 37, AFSCMD AFL–CIO, Local 3621 on 2–1–2022, filed by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph |

| | | |
|---|---|---|
| | | Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. (Attachments: # 1 Exhibit Exhibit A – Fax to DC37 at 12.43pm, # 2 Exhibit Exhibit B – Email to DC 37, AFSCME AFL CIO at 1.36pm, # 3 Exhibit Exhibit C – Fax to Garrido at 12.48pm, # 4 Exhibit Exhibit D – Email to Henry Garrido at 1.38pm, # 5 Exhibit Exhibit E – Fax to Local 2507 at 12.58 pm, # 6 Exhibit Exhibit F – Email to DC 37, AFSCME AFL–CIO, Local 2507 at 1.39pm, # 7 Exhibit Exhibit G – Fax to Uniformed Firefighters Association of Greater New York at 1.06pm, # 8 Exhibit Exhibit H – Email to Uniformed Firefighters Association of Greater New York at 1.40pm, # 9 Exhibit Exhibit I – Fax to Uniformed Fire Officers Association, Local 854 at 1.11pm, # 10 Exhibit Exhibit J – Email to Uniformed Fire Officers Association, Local 854, IAF, Affiliated with AFL–CIO at 1.42pm, # 11 Exhibit Exhibit K – Fax to City of New York, Law Department at 1.16pm, # 12 Exhibit Exhibit L – Email to City of New York, Law Department at 1.43pm, # 13 Exhibit Exhibit M – Email to DC 37, AFSCME AFL–CIO, Local 3621 at 1.35pm) (Graff, Austin) (Entered: 02/01/2022) |
| 02/03/2022 | 42 | NOTICE of Appearance by Seth H. Greenberg on behalf of Uniformed Fire Officer Association, Local 854 International Association of Firefighters, Affiliated with the AFL–CIO (aty to be noticed) (Greenberg, Seth) (Entered: 02/03/2022) |
| 02/10/2022 | 43 | NOTICE of Appearance by Melissa S Woods on behalf of District Council 37, AFSCME AFL AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido (aty to be noticed) (Woods, Melissa) (Entered: 02/10/2022) |
| 02/10/2022 | 44 | NOTICE of Appearance by Hanan B. Kolko on behalf of District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido (aty to be noticed) (Kolko, Hanan) (Entered: 02/10/2022) |
| 02/10/2022 | 45 | NOTICE of Appearance by Peter D. DeChiara on behalf of District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido (aty to be noticed) (DeChiara, Peter) (Entered: 02/10/2022) |
| 02/11/2022 | 46 | Letter *Re 2/1/22 Order* by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido (DeChiara, Peter) (Entered: 02/11/2022) |
| 02/11/2022 | 47 | Letter MOTION for pre motion conference *and in response to 02.01.2022 Order* by Uniformed Firefighters Association of Greater New York. (Feldman, Joshua) (Entered: 02/11/2022) |
| 02/11/2022 | 48 | Letter *in Response to City's 1/31/2022 Letter and Requesting Pre–Motion Conference* by Uniformed Fire Officer Association, Local 854 International Association of Firefighters, Affiliated with the AFL–CIO (Greenberg, Seth) (Entered: 02/11/2022) |
| 02/16/2022 | 49 | Letter MOTION for pre motion conference by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido. (DeChiara, Peter) (Entered: 02/16/2022) |
| 02/16/2022 | 50 | RESPONSE to Motion re 47 Letter MOTION for pre motion conference *and in response to 02.01.2022 Order*, 49 Letter MOTION for pre motion conference *Reply Letter re Pre–Motion Conference Letters* filed by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, |

| | | |
|---|---|---|
| | | John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. (Graff, Austin) (Entered: 02/16/2022) |
| 02/18/2022 | | ORDER granting 47 48 49 Motions for Pre Motion Conference. Pre Motion Hearing set for 3/15/2022 02:00 PM in Courtroom 6C South before Judge Kiyo A. Matsumoto. As provided in the Court's February 1, 2022, Order, the Court will hold a pre–motion conference in anticipation of the Defendants' motions to dismiss. The parties will appear for a telephonic status conference on **March 15, 2022 at 2:00 pm**. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 2/18/2022. (Ahn, Lois) (Entered: 02/18/2022) |
| 02/28/2022 | | ORDER: Because of a conflict, the Telephone PreMotion Conference previously scheduled for March 15, 2022 has been MOVED to March 14, 2022 at 2:00pm. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089.Ordered by Judge Kiyo A. Matsumoto on 2/28/2022. (Williams–Jackson, Sandra) (Entered: 02/28/2022) |
| 03/03/2022 | 51 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneiri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. City of New York served on 1/25/2022, answer due 2/15/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 52 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneiri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, |

| | | |
|---|---|---|
| | | Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. District Council 37, AFSCME AFL–CIO served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 53 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. District Council 37, AFSCME AFL–CIO, Local 2507 served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 54 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. District Council 37, AFSCME AFL–CIO, Local 3621 served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 55 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. Henry Garrido served on 2/8/2022, answer due 3/1/2022. (Graff, |

| | | |
|---|---|---|
| | | Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 56 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneiri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. Uniformed Firefighters Association of Greater New York served on 1/25/2022, answer due 2/15/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/03/2022 | 57 | SUMMONS Returned Executed by Giuseppe Robert Penoro, Matthew Connor, Brian Patrick Smith, Andrew Costello, David Button, Margot Loth, Charles Guarneiri, Michael Fadda, Mark Henesy, Stephen Inguagiato, Paul Parr, Jared Dychkowski, Stephen Buttafucco, Felicia J Tsang, Dennis O'Keeffe, Brandon Phillips, Kenneth DeForest, Thomas Olsen, Randall Santana, Salvatore DePaola, Daniel Stroh, Bernadette Mejia, Matt Koval, Robert DiTrani, Michael Samolis, Daniel Baudille, Michael McGoff, John Twomley, Rashaad Taylor, Sean Fitzgerald, Joseph Murdocca, Brian F. Doyle, Kevin Garvey, Ryan K Hall, Michael Lynch, Craig Leahy, Brendan Mcgeough, George J Murphy, Daniel Young, John Costello, Vincent A Bottalico, Daniel J Oshea, John Garland, John Dreher, Joseph T Johnson, Mark Sinclair, David Summerfield, Anthony Ruggiero, Ainsley Atwell, John Armore, Rodney Colon, Jason Charles, Christopher Filocamo, Brian T Denzler, Paul Schweit, Kevin Erkman, Tim Rivicci, Joseph Depaola, Thomas Fejes, Robert Yuli, Matthew Sinclair, Kurt Pflumm, Rosario Curto, Keith Klein, Jude Pierre, Christopher Raimondi, Nathan Evans, Christopher Infante, Joseph M Palmieri, Phillip J Darcey, Joseph Columbia, Anthony C Cardazone, Timothy A Heaton, Anthony Perrone, Owen Fay, Vincent Defonte, William John Saez, Michelle Santiago, James Daniel Daly III, Anthony Mastropietro, Joseph Bevilacqua, Glenn Clapp, Nicholas Mullgan, Scott Ettinger, Paul Vasquenz, Joseph Cicero. Uniformed Fire Officers Association, Local 854 International Association of Firefighters, Affiliated with the AFL–CIO served on 1/27/2022, answer due 2/17/2022. (Graff, Austin) (Entered: 03/03/2022) |
| 03/14/2022 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Pre Motion Conference held on 3/14/2022. Appearances: Austin Graff, Esq., for Plaintiffs; Andrea O'Connor, Esq., for Defendants City of New York, FDNY, and Daniel Nigro ("City Defendants"); Seth Greenberg, Esq., for Defendant Uniformed Fire Officers Association ("UFOA"); Joshua Feldman, Esq., for Defendant Uniformed Firefighters Association ("UFA"); Peter DeChiara, Esq., for Defendants District Council 37, Henry Garrido, Local 2507, and Local 3621. The Court held a pre–motion conference in Courtroom 6C South to discuss Defendants' proposed motions to dismiss. The parties appeared by telephone.<br><br>As discussed on the record, by close of business tomorrow, **March 15, 2022**, counsel for Plaintiffs shall: (1) file a stipulation of dismissal dismissing Defendants UFOA and UFA from this action; (2) advise the Court whether Plaintiffs plan to continue pursuing their claims against Locals 2507 and 3621; and (3) file a letter on the docket noting that Exhibit B to the Amended Complaint attached the wrong agreement, and attaching the correct agreement between Defendant District Council 37 and the City of New York. Plaintiffs and City Defendants are directed to engage in discussions regarding whether those Plaintiffs who came into compliance with the vaccine mandate should be dismissed from this action. |

| | | |
|---|---|---|
| | | The parties shall comply with the following briefing schedule: Defendants shall serve, but not file, their moving papers on or before **April 15, 2022**. Plaintiffs shall serve, but not file, their opposition papers by **May 20, 2022**. Defendant shall serve their reply papers on or before **June 7, 2022**, and on that date, the parties shall file via ECF, in a logical order, the fully briefed motions. The parties are reminded to review Chambers Practices to ensure their compliance with Chambers individual rules for motion practice. The parties are also reminded to send two bound courtesy copies of all papers related to the motion to the Clerk's Office. Courtesy copies should be sent via FedEx or messenger. (Court Reporter Rivka Teich.) (Ahn, Lois) (Entered: 03/14/2022) |
| 03/15/2022 | 58 | STIPULATION of Dismissal *with prejudice with regard to only the Defendant Uniformed Officers Association, Local 854, International Association of Firefighters, Affiliated with the AFL−CIO − ONLY* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 03/15/2022) |
| 03/15/2022 | 59 | STIPULATION of Dismissal *with prejudice with regard to only the Defendant Uniformed Firefighters Association of Greater New Yok − ONLY* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 03/15/2022) |
| 03/15/2022 | 60 | STIPULATION of Dismissal *without prejudice with regard to only the Defendant District Council 37, AFSCME AFL−CIO, Local 2507 − ONLY* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, |

| | | |
|---|---|---|
| | | Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 03/15/2022) |
| 03/15/2022 | 61 | STIPULATION of Dismissal *without prejudice with regard to only the Defendant District Council 37, AFSCME AFL–CIO, Local 3621 – ONLY* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Graff, Austin) (Entered: 03/15/2022) |
| 03/15/2022 | 62 | Letter *to Court regarding replacing Exhibit B to the Amended Complaint* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli (Attachments: # 1 Exhibit Exhibit B to the Amended Complaint – DC37 Agreement with NYC) (Graff, Austin) (Entered: 03/15/2022) |
| 03/16/2022 | 63 | STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT UNIFORMED FIRE OFFICERS ASSOCIATION, LOCAL 854, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFFILIATED w1m THE AFL–CIO: IT JS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their respective attorneys, on the parties' behalf, that, pursuant to Fed. R. Civ. Proc. 4 J (a)(l)(A)(ii), the Plaintiffs' Action against Defendant Uniformed Fire Officers Association, Local 854, International Association of Firefighters, affiliated with the AFL–CIO ONLY is dismissed in its entirety, with prejudice. Each party shall bear its/their own costs, fees, and attorneys' fees. Order Dismissing Parties Party Uniformed Fire Officers Association, Local 854 International Association of Firefighters, |

| | | Affiliated with the AFL–CIO terminated.Ordered by Judge Kiyo A. Matsumoto on 3/16/2022. (Williams–Jackson, Sandra) (Entered: 03/16/2022) |
|---|---|---|
| 03/16/2022 | 64 | STIPULATION OF DISCONTIUANCE WITH PREJUDICE AS TO DEFENDANT UNIFORMED FIREFIGHTERS ASSOCIATION OF GREATER NEW YORK: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that pursuant to Fed. R. Civ. Proc. 4l(a)(1)(A)(ii), the Plaintiffs Action against DEFENDANT UNIFORMED FIREFIGHTERS ASSOCIATION OF GREATER NEW YORK ONLY is dismissed with prejudice. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties. Order Dismissing Parties Party Uniformed Firefighters Association of Greater New York terminated.Ordered by Judge Kiyo A. Matsumoto on 3/16/2022. (Williams–Jackson, Sandra) (Entered: 03/16/2022) |
| 03/16/2022 | 65 | STIPULATION OF DISCONTIUANCE WITHOUT PREJUDICE AS TO DEFENDANT DISTRICT COUNCIL 37, AFSCME AFLCIO, LOCAL 2507:IT [S HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that pursuant to Fed. R. Civ. Proc. 41 (a)(l)(A)(ii), the Plaintiff's Action against DEFENDANT DISTRICT COUNCIL 37, AFSCME AFL–-CIO, LOCAL 2507 ONLY is dismissed without prejudice. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties. Order Dismissing Parties Party District Council 37, AFSCME AFL–CIO, Local 2507 terminated.Ordered by Judge Kiyo A. Matsumoto on 3/16/2022. (Williams–Jackson, Sandra) (Entered: 03/16/2022) |
| 03/16/2022 | 66 | STIPULATION OF DISCONTIUANCE WITHOUT PREJUDICE AS TO DEFENDANT DISTRICT COUNCIL 37, AFSCME AFLCIO, LOCAL 3621: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that pursuant to Fed. R. Civ. Proc. 4I(a)(l)(A)(ii), the Plaintiffs Action against DEFENDANT DISTRICT COUNCIL 37, AFSCME AFL–CIO, LOCAL 3621 ONLY is dismissed without prejudice. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties. Order Dismissing Parties Party District Council 37, AFSCME AFL–CIO, Local 3621 terminated.Ordered by Judge Kiyo A. Matsumoto on 3/16/2022. (Williams–Jackson, Sandra) (Entered: 03/16/2022) |
| 06/01/2022 | 67 | Letter MOTION for Extension of Time to File Response/Reply *in connection with FDNY Defendants Motion to Dismiss the Amended Complaint* by City of New York. (O'Connor, Andrea) (Entered: 06/01/2022) |
| 06/01/2022 | | ORDER granting 67 Motion for Extension of Time to File Response/Reply. City and DC 37 Defendants shall file their reply by **June 14, 2022**. Ordered by Judge Kiyo A. Matsumoto on 6/1/2022. (Ahn, Lois) (Entered: 06/01/2022) |
| 06/13/2022 | 68 | Notice of MOTION to Dismiss for Failure to State a Claim by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 06/13/2022) |
| 06/13/2022 | 69 | MEMORANDUM in Support re 68 Notice of MOTION to Dismiss for Failure to State a Claim filed by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 06/13/2022) |
| 06/14/2022 | 70 | Letter *re Motion to Dismiss Papers* by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido (DeChiara, Peter) (Entered: 06/14/2022) |
| 06/14/2022 | 71 | MOTION to Dismiss by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido. (DeChiara, Peter) (Entered: 06/14/2022) |
| 06/14/2022 | 72 | MEMORANDUM in Support re 71 MOTION to Dismiss filed by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido. (DeChiara, Peter) (Entered: 06/14/2022) |
| 06/14/2022 | 73 | MEMORANDUM in Opposition re 72 Memorandum in Support, 69 Memorandum in Support, 71 MOTION to Dismiss , 68 Notice of MOTION to Dismiss for Failure to |

| | | State a Claim filed by All Plaintiffs. (Graff, Austin) (Entered: 06/14/2022) |
|---|---|---|
| 06/14/2022 | 74 | REPLY in Support re 72 Memorandum in Support, 71 MOTION to Dismiss filed by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 2507, District Council 37, AFSCME AFL–CIO, Local 3621, Henry Garrido. (DeChiara, Peter) (Entered: 06/14/2022) |
| 06/14/2022 | 75 | REPLY in Support re 68 Notice of MOTION to Dismiss for Failure to State a Claim filed by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 06/14/2022) |
| 06/14/2022 | 76 | Letter *regarding courtesy copies of FDNY Defendants' Motion to Dismiss* by City of New York, New York City Fire Department, Daniel A Nigro (O'Connor, Andrea) (Entered: 06/14/2022) |
| 09/28/2022 | 77 | MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. (Graff, Austin) (Entered: 09/28/2022) |
| 09/29/2022 | 78 | RESPONSE in Opposition re 77 MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition filed by New York City Fire Department, Daniel A Nigro. (Attachments: # 1 Appendix A) (O'Connor, Andrea) (Entered: 09/29/2022) |
| 10/03/2022 | | ORDER. Plaintiffs' 77 Motion to Amend/Correct/Supplement their 73 Memorandum of Law in Opposition to Defendants' 68 71 Motions to Dismiss in light of a recent New York County Supreme Court decision is respectfully denied. The Court advises the parties that the Court will review all relevant case law in rendering its decision on Defendants' Motions to Dismiss, including the decisions brought to the Court's attention by the parties in their latest submissions. Ordered by Judge Kiyo A. Matsumoto on 10/3/2022. (LA) (Entered: 10/03/2022) |
| 10/10/2022 | 79 | Second MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, |

| | | Felicia J Tsang, John Twomley, Paul Vasquez, Daniel Young, Robert Yuli. (Graff, Austin) (Entered: 10/10/2022) |
|---|---|---|
| 10/11/2022 | 80 | RESPONSE in Opposition re 79 Second MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition filed by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 10/11/2022) |
| 10/13/2022 | | ORDER. Plaintiffs' 79 Motion to Amend/Correct/Supplement their 73 Memorandum of Law in Opposition to Defendants' 68 71 Motions to Dismiss in light of a recent decision by the Office of Collective Bargaining is respectfully denied. The Court advises the parties that the Court will review all relevant case law in rendering its decision on Defendants' Motions to Dismiss, including the decisions brought to the Court's attention by the parties in their latest submissions. Ordered by Judge Kiyo A. Matsumoto on 10/13/2022. (AA) (Entered: 10/13/2022) |
| 10/25/2022 | 81 | Third MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. (Graff, Austin) (Entered: 10/25/2022) |
| 10/25/2022 | 82 | Third MOTION to Amend/Correct/Supplement 81 Third MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition , 73 Memorandum in Opposition *Re−uploaded with Case Attached* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. (Graff, Austin) (Entered: 10/25/2022) |
| 10/25/2022 | 83 | RESPONSE in Opposition re 82 Third MOTION to Amend/Correct/Supplement 81 Third MOTION to Amend/Correct/Supplement 73 Memorandum in Opposition , 73 Memorandum in Opposition *Re−uploaded with Case Attached* filed by City of New York, New York City Fire Department, Daniel A Nigro. (O'Connor, Andrea) (Entered: 10/25/2022) |
| 10/26/2022 | | ORDER denying 81 Motion to Amend/Correct/Supplement; denying 82 Motion to Amend/Correct/Supplement. Plaintiffs have repeatedly requested to amend briefing in |

| | | order to present newly decided cases. As the Court has already twice advised counsel, the Court will review all relevant case law in rendering its decision on Defendants' motions to dismiss. If the Court requires additional briefing, it will advise the parties accordingly. Ordered by Judge Kiyo A. Matsumoto on 10/26/2022. (AA) (Entered: 10/26/2022) |
|---|---|---|
| 02/13/2023 | | ORDER. In light of the City of New York's announcement that its vaccine mandate for municipal workers is discontinued, the parties are hereby ordered to advise the Court of their respective views as to which issues in this instant action, if any, have been mooted, and which issues subsist. The parties on each side shall advise the Court in a letter of no more than three pages and must do so by 5:00 p.m. on Monday, February 20, 2023. Ordered by Judge Kiyo A. Matsumoto on 2/13/2023. (AA) (Entered: 02/13/2023) |
| 02/16/2023 | 84 | Letter *in response to the Court's February 13, 2023 Order* by City of New York, New York City Fire Department, Daniel A Nigro (O'Connor, Andrea) (Entered: 02/16/2023) |
| 02/17/2023 | 85 | Letter *to Court re Post−Mandate Viability* by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquanz, Daniel Young, Robert Yuli (Attachments: # 1 Exhibit Exhibit 1 − NYC Vaccine Ends) (Graff, Austin) (Entered: 02/17/2023) |
| 02/17/2023 | 86 | Letter *in Response to Court Order* by District Council 37, AFSCME AFL−CIO, District Council 37, AFSCME AFL−CIO, Local 2507, District Council 37, AFSCME AFL−CIO, Local 3621, Henry Garrido (Kolko, Hanan) (Entered: 02/17/2023) |
| 03/29/2023 | 87 | ORDER. For the reasons set forth in the attached Memorandum and Order, City Defendants' 69 Motion to Dismiss and DC37 Defendants' 71 Motion to Dismiss are GRANTED. The Clerk of Court is respectfully directed to enter judgment in favor of Defendants and close this case. Ordered by Judge Kiyo A. Matsumoto on 3/29/2023. (AA) (Entered: 03/29/2023) |
| 03/31/2023 | 88 | CLERK'S JUDGMENT: ORDERED and ADJUDGED that City Defendants' Motion to Dismiss and DC37 Defendants' Motion to Dismiss are granted in their entirety; and that leave to amend is denied. Ordered by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 3/31/2023. (JT) (Entered: 03/31/2023) |
| 04/20/2023 | 89 | NOTICE OF APPEAL as to 88 Clerk's Judgment, 24 Order on Motion for Preliminary Injunction, 87 Order on Motion to Dismiss for Failure to State a Claim,,, by John Armore, Ainsley Atwell, Daniel Baudille, Joseph Bevilacqua, Vincent A Bottalico, Stephen Buttafucco, David Button, Anthony C Cardazone, Jason Charles, Joseph Cicero, Glenn Clapp, Rodney Colon, Joseph Columbia, Matthew Connor, Andrew Costello, John Costello, Rosario Curto, James Daniel Daly III, Phillip J Darcey, Kenneth DeForest, Salvatore DePaola, Vincent Defonte, Brian T Denzler, Joseph Depaola, Robert DiTrani, Brian F. Doyle, John Dreher, Jared Dychkowski, Kevin Erkman, Scott Ettinger, Nathan Evans, Michael Fadda, Owen Fay, Thomas Fejes, Christopher Filocamo, Sean Fitzgerald, John Garland, Kevin Garvey, Charles Guarneiri, Ryan K Hall, Timothy A Heaton, Mark Henesy, Christopher Infante, Stephen Inguagiato, Joseph T Johnson, Keith Klein, Matt Koval, Craig Leahy, Margot |

| | | Loth, Michael Lynch, Anthony Mastropietro, Michael McGoff, Brendan Mcgeough, Bernadette Mejia, Nicholas Mullgan, Joseph Murdocca, George J Murphy, Dennis O'Keeffe, Thomas Olsen, Daniel J Oshea, Joseph M Palmieri, Paul Parr, Giuseppe Robert Penoro, Anthony Perrone, Kurt Pflumm, Brandon Phillips, Jude Pierre, Christopher Raimondi, Tim Rivicci, Anthony Ruggiero, William John Saez, Michael Samolis, Randall Santana, Michelle Santiago, Paul Schweit, Mark Sinclair, Matthew Sinclair, Brian Patrick Smith, Daniel Stroh, David Summerfield, Rashaad Taylor, Felicia J Tsang, John Twomley, Paul Vasquenz, Daniel Young, Robert Yuli. Filing fee $ 505, receipt number ANYEDC−16618619. (Graff, Austin) (Entered: 04/20/2023) |
| 04/20/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 89 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/20/2023) |